AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| VALINA OSWALD <br><br> *Plaintiff(s)* <br> v. <br> CASTLE SENIOR LIVING, AVI LUSTIG and <br> ABE SHUSTER <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 26-cv-00801 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CASTLE SENIOR LIVING
108-25 Horace Harding Exwy
Forest Hills, NY 11368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  NNENNA ONUA, ESQ.
MCKINLEY ONUA & ASSOCIATES, PLLC
233 BROADWAY, SUITE 2348
NEW YORK, NY 10279

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/11/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| VALINA OSWALD<br><br>*Plaintiff(s)*<br>v.<br>CASTLE SENIOR LIVING, AVI LUSTIG and<br>ABE SHUSTER<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 26-cv-00801 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AVI LUSTIG
108-25 Horace Harding Exwy
Forest Hills, NY 11368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
NNENNA ONUA, ESQ.
MCKINLEY ONUA & ASSOCIATES, PLLC
233 BROADWAY, SUITE 2348
NEW YORK, NY 10279

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/11/2026 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

| | |
|---|---|
| VALINA OSWALD  )<br> )<br> )<br> )<br>*Plaintiff(s)*  )<br> )<br>v.  )<br> )<br>CASTLE SENIOR LIVING, AVI LUSTIG and  )<br>ABE SHUSTER  )<br> )<br> )<br> )<br>*Defendant(s)*  )  | Civil Action No. 26-cv-00801 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ABE SHUSTER
108-25 Horace Harding Exwy
Forest Hills, NY 11368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  NNENNA ONUA, ESQ.
MCKINLEY ONUA & ASSOCIATES, PLLC
233 BROADWAY, SUITE 2348
NEW YORK, NY 10279

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 02/11/2026 _____

_____
*Signature of Clerk or Deputy Clerk*