## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed:

Index #   1:26-cv-00801-MMH

*Valina Oswald*                                                                 Plaintiff

against

*Castle Senior Living., et al*                                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY                SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ February 17, 2026 _____ , at __11:00 AM__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Supporting Papers

on

_____ Castle Senior Living LLC s/h/a Castle Senior Living _____ , the

Defendant in this action, by delivering to and leaving with _____ Queenniziga Muhammad _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was

made pursuant to Section 303 Limited Liability Company Law . Deponent further says that deponent knew the

person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: 22 - 35 Yrs.   Approx. Wt: 131-160   Approx. Ht: 5' 4" - 5' 8"

Color of skin:  Black   Hair color:  Black   Sex:  Female   Other: _____

Sworn to before me on this

__17th__ day of February 2026

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
**Attny's File No.**
Invoice•Work Order # S1938141

*SERVICO, INC. P.O. BOX 871, ALBANY, NY 12201*