UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

VALINA OSWALD,

               Plaintiff,

         -against-

CASTLE SENIOR LIVING, AVI LUSTIG, and
ABE SCHUSTER

               Defendants.

-------------------------------------------------------------------X

Case No. 26-CV-00801 (MMH)

**STIPULATION EXTENDING
DEFENDANTS' TIME
TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE
COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for

Plaintiff Valina Oswald ("Plaintiff") and the attorneys for Defendants Castle Senior Living, Avi

Lustig, and Abe Schuster (collectively "Defendants") that Defendants' time to answer, move, or

otherwise respond to Plaintiff's Complaint is extended to and including April 10, 2025.

    **IT IS FURTHER STIPULATED AND AGREED** that Defendants waive their

jurisdictional defenses.

    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be

executed by facsimile or electronic signature, which shall be deemed to be, and shall have the

full force and effect of, an original signature for all purposes.


                         \*\*\* SIGNATURE PAGE TO FOLLOW \*\*\*

{01627665.DOCX.1}

**MCKINLEY ONUA & ASSOCIATES**

By: /s/ Nnenna Onua
_____
     Nnenna Onua

233 Broadway, Suite 2348
New York, New York 10279
Tel: (718) 522-9029

_Attorneys for Plaintiff_

Dated: New York, New York
        March 11, 2026

**ELLENOFF GROSSMAN & SCHOLE LLP**

By: _____
     Jeffery A. Meyer
     Jared A. Nossen
     1345 Avenue of the Americas, 11th Fl.
     New York, New York 10105
     Tel.: (212) 370-1300

_Attorneys for Defendants_

Dated: New York, New
        York March 11, 2026

{01627665.DOCX.1}