

1345 Ave. of the Americas, 11th Floor
New York, NY 10105-0302
Telephone:  212-370-1300
Facsimile: (212) 370-7889
www.egsllp.com

April 9, 2026

**Via ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**    ***Oswald v. Castle Senior Living et al.***
> **Docket No. 1-26-cv-00801 (MMH)**

Dear Justice Henry:

This firm represents Defendants Castle Senior Living ("Castle"), Avi Lustig ("Lustig"), and Abe Schuster ("Schuster," and collectively with Castle and Lustig, the "Defendants") in the above-referenced matter. Pursuant to the Court's April 6, 2026 Order noting a discrepancy in the parties' stated answer deadlines and directing the parties to submit a joint letter, Defendants submit this letter jointly with counsel for Plaintiff Valina Oswald.

Plaintiff filed an executed summons as to Castle on February 17, 2026, with Castle's answer due on March 10, 2026 (Dkt. No. 7). On March 11, 2026, the parties stipulated and agreed to extend Castle's time to answer or otherwise respond to the Complaint to April 10, 2026, and the Court so-ordered the stipulation.

After Castle filed its Motion for Extension of Time to File Answer (Dkt. No. 8), Plaintiff's counsel requested that Defendants' counsel waive service for the individual defendants, Lustig and Schuster. Pursuant to the Federal Rules of Civil Procedure, the Court set Lustig's and Schuster's time to answer or otherwise respond to the Complaint to May 11, 2026.

In the interest of judicial economy, the parties agree to extend and consolidate Castle's time to respond to the Complaint with that of the individual defendants, Lustig and Schuster, through and including May 11, 2026, and respectfully request that the Court so-order this request.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Jeffery A. Meyer*

Jeffery A. Meyer