UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VALINA OSWALD,

                Plaintiff,

        -against-

CASTLE SENIOR LIVING, AVI LUSTIG, and
ABE SCHUSTER,

               Defendants.
-------------------------------------------------------------------X

Case No. 26-CV-00801 (MMH)

**DEFENDANT CASTLE SENIOR LIVING'S RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the F.R.C.P., the undersigned counsel of record for Defendant Castle Senior Living has no parent corporations and that no publicly-held corporation owns 10% or more of its stock.

Dated: May 11, 2026
       New York, New York

              ELLENOFF GROSSMAN & SCHOLE LLP

              By: Jeffery Meyer, Esq.
                 Jared Nossen, Esq.
              1345 Avenue of the Americas, 11th Floor
              New York, NY 10105
              (212) 370-1300

{01646661.DOCX.1}