UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

VALINA OSWALD

-against-                                    CV: 1:26-cv-00801

CASTLE SENIOR LIVING *et al*

-------------------------------------------------------X


## **<u>NOTICE SCHEDULING ARBITRATION HEARING</u>**

An Arbitration hearing is scheduled for **<u>September 10, 2026.</u>**

On or before **<u>July 10, 2026,</u>** counsel will select an Arbitrator from the Court's Panel of Arbitrators and schedule a pre-arbitration hearing conference with the Arbitrator. Pre-arbitration conferences are optional.

Counsel may elect to have an earlier arbitration hearing date provided the ADR Coordinator is notified within 30 days of the date of the hearing notice. Counsel requesting earlier dates must contact the ADR Coordinator and include this information on the Selection of Arbitrator Form.

Counsel will submit a Selection of Arbitrator Form available here: https://forms.office.com/g/Y3Mut0UX0h.

Dated: 5/12/2026

By:    Brennan Frazier
       ADR Coordinator
       U.S. District Court, EDNY
       225 Cadman Plaza East
       Brooklyn, NY 11201
       Email: Brennan_Frazier@nyed.uscourts.gov
       Tel: 718-613-2326