ELLENOFF GROSSMAN & SCHOLE LLP
Jared A. Nossen
jnossen@egsllp.com
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300 (telephone)
(212) 370-7889 (facsimile)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

VALINA OSWALD,                                              Case No. 26-cv-00801 (MMH)

        Plaintiff,                                **NOTICE OF APPEARANCE**

        -against-

CASTLE SENIOR LIVING, AVI LUSTIG, and
ABE SCHUSTER,

        Defendants.

-------------------------------------------------------------------X

      Please enter the appearance of the undersigned on behalf of the Defendants in the above-

captioned action.

Dated:  New York, New York
       May 14, 2026

*Jared Nossen*

Jared A. Nossen
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300

{01627838.DOCX.1}