EASTERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
-------------------------------------------------------------------------X
VALINA OSWALD,

              Plaintiff,

    - against -                                      Docket No.: 26-cv-00801

CASTLE SENIOR LIVING, AVI LUSTIG, and
ABE SCHUSTER,

              Defendants.
-------------------------------------------------------------------------X

Please take notice that Preetpal Grewal of McKinley Onua & Associates, PLLC, hereby appears as counsel of record for Plaintiff Valina Oswald in the above-captioned action. All notices, decisions, and other documents in the above action are to be sent to the undersigned attorney at the address indicated below.

Dated: New York, New York
       July 7, 2026

                                   Respectfully submitted,

                                   MCKINLEY ONUA & ASSOCIATES

                                   By: /s/ Preetpal Grewal
                                     Preetpal Grewal, Esq. (PG 6484)
                                   *Attorney for Plaintiff*
                                   233 Broadway
                                   Ste. 2348
                                   New York, NY 10279
                                   (718) 522-0236
                                   pgrewal@mckinleyonua.com