

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE:   (212) 370-7889
www.egsllp.com

July 14, 2026

**Via ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**    ***Oswald v. Castle Senior Living et al.***
> **Docket No.: 26-cv-00801(MMH)**

Dear Justice Henry:

This firm represents Defendants Castle Senior Living, Abe Schuster, and Avi Lustig (collectively, the "Defendants") in the above-referenced matter. Defendants respectfully submit this letter, jointly with counsel for Plaintiff, requesting that the Court adjourn the arbitration hearing currently scheduled for September 10, 2026, by sixty (60) days to November 10, 2026, to allow the parties to complete discovery and engage in meaningful settlement discussions.

This is the parties' first request to adjourn the arbitration hearing. The parties seek this extension because the current September 10, 2026 arbitration date does not allow sufficient time for the parties to complete written discovery, conduct depositions, evaluate the evidence produced in discovery, and engage in meaningful settlement discussions without the pressure of the impending arbitration deadline.

On July 10, 2026, counsel for the parties conducted a Rule 26(f) conference during which they discussed a proposed discovery schedule, including written discovery and depositions. During the conference, the parties agreed that August 13, 2026, will be the deadline to exchange initial disclosures and serve document requests and interrogatories. The parties further agreed that responses to the written discovery requests and interrogatories will be served within thirty (30) days thereafter, on or before September 13, 2026. Pursuant to the Court's Order, the parties also selected Sara Kula to serve as the arbitrator in this matter. The parties will confer and establish all remaining discovery deadlines, including deadlines for depositions and the completion of discovery, promptly after the Court rules on the parties' request to adjourn the arbitration hearing until November 10, 2026.

Because the current arbitration hearing is scheduled for September 10, 2026, before the parties' written discovery responses are due, the parties respectfully submit that a continuance is warranted. A sixty (60)-day adjournment will permit the parties to complete written discovery,



conduct depositions, evaluate the evidence produced during discovery, and engage in meaningful settlement discussions before proceeding to arbitration. The requested extension is therefore likely to promote the efficient resolution of this matter and may eliminate the need for arbitration altogether.

Accordingly, the parties respectfully request that the Court adjourn the September 10, 2026 arbitration hearing for approximately sixty (60) days.

The parties thank the Court for its consideration of this request.

Respectfully Submitted,                          Respectfully Submitted,


By:____/S/_____                     By:_____/S/_____
   Preetpal Grewak                              Jeffery A. Meyer
MCKINLEY ONUA & ASSOCIATES            ELLENOFF GROSSMAN & SCHOLE LLP
233 Broadway, Suite 2348                  1345 Avenue of the Americas, 11th Fl.
New York, New York 10279                 New York, New York 10105
Tel: (718) 522-9029                          Tel.: (212) 370-1300

   *Attorneys for Plaintiff*                       *Attorneys for Defendants*