UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

VALINA OSWALD,                                           Case No. 1:26-cv-00801

                          Plaintiff,

              **-**against-                              **NOTICE OF APPEARANCE**

CASTLE SENIOR LIVING, AVI LUSTIG, and ABE
SCHUSTER,

                          Defendants.
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that the undersigned attorney is from the law offices of

Gordon Rees Scully Mansukhani LLP, and hereby files this Notice of Appearance in the above-

referenced matter as counsel for Defendants Castle Senior Living, Avi Lustig, and Abe Schuster

("Defendants") in this matter, and requests that copies of all papers be served upon:

Lindsey Blackwell, Esq.
Gordon Rees Scully Mansukhani, LLP
*Attorneys for Defendants*
CASTLE SENIOR LIVING
AVI LUSTIG
ABE SCHUSTER
One Battery Park Plaza, 28th Floor
New York, New York 10004
lblackwell@grsm.com

Dated: New York, New York
      July 31, 2026

                                         Respectfully submitted,

                                         GORDON REES SCULLY
                                         MANSUKHANI, LLP

                                         By:    /s/ *Lindsey Blackwell*      
                                         Lindsey Blackwell, Esq.
                                         *Attorneys for Defendants*
                                         One Battery Park Plaza, 28th Floor
                                         New York, New York 10004
                                         (212) 269-5500

TO:    All Counsel of Record